UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH McKINNEY,

    Plaintiff,

v.

CARRINGTON MORTGAGE
SERVICES, LLC,

    Defendant.
_____/

Case No. 1:15-cv-01258-PLM
Hon. Paul L. Maloney
Hon. Magistrate Philip J. Green

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on the stipulation of the appearing parties, as is evidenced by the signatures of their respective counsel below, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that all claims made in this case are dismissed with prejudice and without costs.

Date: October 20, 2016

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge

SO STIPULATED:

| | |
|---|---|
| LEGAL AID OF WESTERN MICHIGAN | MADDIN HAUSER ROTH & HELLER, P.C. |
| By:/s/ *John P. Smith* (with permission)<br>    John P. Smith (P71368)<br>Attorney for Plaintiff<br>89 Ionia Avenue NW, Suite 400<br>Grand Rapids, MI  49503<br>(616) 608-8047<br>jsmith@legalaidwestmich.net | By: */s/ Karen E. Plaza*<br>    Karen E. Plaza (P72814)<br>    Martin S. Frenkel (P49283)<br>Attorneys for Defendant<br>28400 Northwestern Highway, 2nd Floor<br>Southfield, MI  48034<br>(248) 827-1879<br>kplaza@maddinhauser.com<br>mfrenkel@maddinhauser.com |
| Dated:  October 19, 2016 | Dated: October 19, 2016 |